**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
|  | **CIVIL ACTION NO:** |
| BANK OF AMERICA, N.A. |  |
| PLAINTIFF |  |
| v. |  |
| HELEN JENNINGS AKA HELEN MARY JENNINGS AND RANDALL JENNINGS AKA RANDALL G. JENNINGS |  |
| DEFENDANTS |  |

**COMPLAINT FOR FORECLOSURE**

NOW COMES the Plaintiff, Bank of America, N.A., by and through its attorneys, Bendett & McHugh, P.C., and complains against the Defendants pursuant to 14 M.R.S. § 6321 et seq., saying further as follows:

**JURISDICTION AND VENUE**

1. This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

1

2. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

3. Bank of America, N.A., ("Plaintiff") is a national association organized and incorporated in the State of Delaware, having a principal place of business at 100 North Tryon Street, Charlotte, North Carolina 28255.

4. The Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, are residents of Homosassa, County of Citrus and State of Florida.

## FACTS

5. Defendants Helen Jennings aka Helen Mary Jennings are the owners of certain real property located at 211 Whippoorwill Road, Litchfield, Maine (the "Premises") by virtue of a deed from Helen Jennings aka Helen Mary Jennings to herself and the Defendant Randall Jennings aka Randall G. Jennings, dated January 6, 2000, and recorded in the Kennebec County Registry of Deeds on January 13, 2006 in Book 8765 at Page 28. Defendant Helen Jennings aka Helen Mary Jennings originally obtained her interest in the Premises by virtue of a deed from Michael J. Harkins, dated July 11, 1994 and recorded in the Kennebec County Registry of Deeds on July 12, 1994 in Book 4723 at Page 269 and being more particularly described by the attached legal description. *See* Exhibit A.

6. On June 13, 2012, the Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, executed and delivered to Bank of

America, N.A. a certain promissory note in the original principal amount of $122,250.00 (the "Note"). *See* Exhibit B.

7. The Plaintiff is entitled to enforce the Note as the Note is payable to Plaintiff.

8. Plaintiff certifies that the owner of the Note is Federal National Mortgage Association.

9. To secure said Note, in the amount of $122,250.00, the Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, executed and delivered a Mortgage in favor of Bank of America, N.A., dated June 13, 2012 and recorded in the Kennebec County Registry of Deeds in Book 11081 at Page 23 securing the property located at 211 Whippoorwill Road, Litchfield, ME, 04350 (the "Mortgage)**.** *See* Exhibit C.

10. Said Mortgage was assigned to Federal National Mortgage Association by an Assignment of Mortgage, dated April 26, 2018 and recorded on April 26, 2018 in Book 12891 at Page 219 of the Kennebec County Registry of Deeds. *See* Exhibit D1. Said Mortgage was subsequently assigned to Plaintiff by an Assignment of Mortgage, dated October 3, 2018 and recorded on October 23, 2018 in Book 13063 at Page 24 of the Kennebec County Registry of Deeds. *See* Exhibit D2.

11. Plaintiff, directly or through its agent, is in possession of the original Note, Mortgage and any assignments.

12. Plaintiff is the party entitled to collect the debt evidenced by said Note and is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

13. Defendants Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings are presently in default of the Note, having failed to make the monthly

payment due October 1, 2017, and having failed to make all payments due thereafter. As a result thereof, Defendants have breached a condition of the Mortgage.

14. In compliance with the Note and Mortgage and/or 14 M.R.S.A. § 6111, on or about July 9, 2018, Plaintiff sent a Notice of Default, dated July 5, 2018, to the mortgagor and any co-signor against whom the mortgagee is enforcing the obligation secured by the mortgage, by certified mail, return receipt requested and/or by regular mail, postage prepaid (herein after referred to as the "Demand Letter"). *See* Exhibit E.

15. The Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, have failed to cure the default prior to the expiration of the Demand Letter. In accordance with the Note and the Mortgage, the Plaintiff has declared the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage to be presently due and payable.

16. The total unpaid principal balance owed under the Note and Mortgage as of August 29, 2018 is $111,036.96 plus interest, late charges, expenses and reasonable attorney's fees and costs.

17. Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

## **COUNT I – REFORMATION OF MORTGAGE**

18. The Plaintiff, Bank of America, N.A., repeats and re-alleges paragraphs 1 through 17 as if full set forth herein.

19. The Conveying Deed, described in above paragraph three attaches an Exhibit A Legal Description, purporting to describe the encumbered Premises (hereinafter "Original Legal Description").

20. Upon information and belief, said description inadvertently misstates and omits certain necessary directional calls stating "…Two Hundred Twenty (200) Feet to an iron pin….".

21. Upon information and belief, it was at all relevant times the intent of all parties for the legal description to read "…Two Hundred Twenty (220) Feet to an iron pin….".

Wherefore:

   a. Determine that the incorrect references and omissions contained in the Legal Descriptions were done so through inadvertent error;

   b. Determine that due to such inadvertent error, the conveying Deed is to be reformed to correct said error, to strike out the reference of ""…Two Hundred Twenty (200) Feet to an iron pin..." and substituting thereof ""…Two Hundred Twenty (220) Feet to an iron pin...";

   c. Order that, upon the finding of such inadvertent error, the conveying Deed, subject Mortgage and subordinate Mortgage be and thereby are reformed; and

   d. Grant such other and further relief as the Court may determine proper.

## COUNT II – FORECLOSURE

22. The Plaintiff, Bank of America, N.A., repeats and re-alleges paragraphs 1 through 21 as if fully set forth herein.

23. This is an action for foreclosure and title to real estate located at 211 Whippoorwill Road, Litchfield, ME, 04350, County of Kennebec, and State of Maine. *See* Exhibit A.

24. The Plaintiff, Bank of America, N.A., is the holder and payee of Note and is in physical possession of the Note. As such, Plaintiff has the right to foreclosure upon the subject property.

25. Federal National Mortgage Association is the current owner and investor of the Mortgage and Note.

26. The Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, are presently in default on said Mortgage and Note, having failed to make the monthly payment due October 1, 2017. As a result, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings have breached the condition of the Mortgage and Note.

27. The total unpaid principal balance owed under the Note and Mortgage as of August 29, 2018, is $111,036.96 plus interest, late charges, expenses and reasonable attorney's fees and costs.

28. The record established through the Kennebec County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

29. By virtue of the Defendants' breach of condition, the Plaintiff, Bank of America, N.A., hereby demands a foreclosure on said real estate.

30. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, on July 9, 2018 as evidenced by the Certificate of Mailing. *See* Exhibit F.

31. The Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, is/are not in the Military as evidenced by the attached Exhibit G.

## COUNT III – UNJUST ENRICHMENT

32. The Plaintiff, Bank of America, N.A. repeats and re-alleges paragraphs 1 through 31 as if fully set forth herein.

33. Bank of America, N.A. loaned the Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, $122,250.00. See Exhibit B.

34. The Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, have failed to repay the loan obligation pursuant to the terms of the Note and Mortgage.

35. As a result, the Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, have been unjustly enriched to the detriment of the Plaintiff, Bank of America, N.A. by having received the benefits described above without repayment pursuant to the terms of the Note and Mortgage.

36. As such, the Plaintiff, Bank of America, N.A., is entitled to relief

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiff, Bank of America, N.A., prays this Honorable Court:

Find that the Defendants entered into a contract for a sum certain in exchange for a security interest in the subject property.

    a. Determine that there has been a breach of condition of the Mortgage;

    b. Find that Plaintiff, Bank of America, N.A., is entitled to enforce the terms and conditions of the Note and Mortgage;

    c. Determine the amounts due under the Note and secured by the Mortgage, including principal, interest, reasonable attorney's fees, court costs and other expenses;

    d. Find that the Defendants are liable for any deficiency balance remaining due to Plaintiff after the sale of the mortgaged real estate and application of the proceeds

of sale (this prayer is void for any Defendant that did not execute the Note or Guaranty and for any Defendant who has been granted discharge in bankruptcy);

e. Issue a Judgment of Foreclosure and Sale in conformity with Title 14, M.R.S. § 6322;

f. Order exclusive possession of the real estate to Plaintiff upon the expiration of the statutory ninety (90) day period of redemption and direct the clerk to issue a Writ of Possession at the request of Plaintiff;

g. Find that by virtue of the Note and Mortgage, the Defendants, Helen Jennings aka Helen Mary Jennings and Randall Jennings aka Randall G. Jennings, have been unjustly enriched at the Plaintiff's expense; and

h. Order such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Bank of America, N.A.

By its Attorneys,
BENDETT & MCHUGH, P.C.

Dated: November 7, 2018

By: /s/ Carly J. Traub, Esq. Maine Bar No. 5612
ctraub@bmpc-law.com
/s/ Santo Longo, Esq.  Bar No.: 5192
slongo@bmpc-law.com
/s/ Andrew J. Schaefer, Esq.  Bar No.: 5770
aschaefer@bmpc-law.com
/s/ Tristan E. Birkenmeier, Esq.  Bar No.: 5283
tbirkenmeier@bmpc-law.com

Attorneys for Plaintiff
Bendett & McHugh, PC
30 Danforth Street, Suite 104
Portland ME, 04101
207-221-0016